UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| BRYAN DOUGLAS BRANNON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:18-cv-00051 |
| | ) | CHIEF JUDGE CRENSHAW |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 15) recommending that Brannon's Motion for Judgment On the Record (Doc. No. 10) be denied and the Social Security Administration's decision be affirmed. No objections have been filed to the Magistrate Judge's Report and Recommendation. Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because there is no error that would necessitate remand. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED** and **ADOPTED**, and Brannon's Motion for Judgment On the Record (Doc. No. 10) is **DENIED**. The Social Security Administration's decision is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE